THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELINA GIALLOM-BARDO, Appellant.— Judgment of the County Court of Kings County convicting defendant of the crime of abortion, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CONSTANTINO MASTROMARINO, Appellant.— Judgment of a City Magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of violating section 974 of the Penal Law (possession of policy slips), unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ADOLPH KAUFMAN, IVOR B. CLARK and HENRY HETKIN, as Trustees under a Declaration of Trust, Dated March 10, 1936, and a Plan for the Reorganization of Series " B-1 " Mortgage Investment, Approved by a Final Order Dated December 3, 1935, Appellants, v. WILLIAM STANLEY MILLER, as President, and HUBERT T. DELANY and Others, as Commissioners, Constituting the Tax Commission of the City of New York, Respondents.— Four certiorari proceedings to review the assessments of appellants' property for the taxable years 1933, 1935, 1937, 1938 and the first half of 1939, were tried together. Order confirming the assessment for the year 1938 and the first half of 1939 and dismissing the proceeding unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See post, p. 1001.]